

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 26–30527
Chapter 7

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Ziara Paige Demery–Mason
1749 Nia Road
Charlotte, NC 28215
Social Security No.: xxx–xx–6870

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion for Relief from Stay filed in the above referenced case on 05/08/2026 as document(s) # 6 is defective for the reason(s) marked below:

Notice sets hearing/opportunity for hearing on a day that is not a court date.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: May 11, 2026

Christine F Ramsey
Clerk of Court

Electronically filed and signed (5/11/26)